In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION. BERNARD MARGULIS, an Attorney.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION. FRANCIS P. ROHAN, an Attorney.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION. JAMES R. ROONEY, an Attorney.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC. JOHN H. SCHULZE, an Attorney.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

KAY S. KENDIG, Respondent, v. SAMUEL SACHS, Appellant.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

LIVONIA HOLDING CORP., Respondent, v. FRANK KRAMER, Appellant.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

LILLIAN O'SHEA, Appellant, v. ERNEST FREIBERG et al., Respondents.— Present — Nolan, P. J., Carswell, Adel and Wenzel, JJ. [See *ante,* p. 760.]

FRANK PURDY et al., Appellants, v. CITY OF NEWBURGH, Respondent.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 748.]

SALZMAN SIGN CO., INC., Respondent, v. LEO H. SIMON et al., Copartners Trading under the Name of PURCELL CARPET CO., Appellants.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.